DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

BLAKE v. NORMAN

No. 86 PC.

Case below: 37 N.C. App. 617.

Petition by defendants for discretionary review under G.S. 7A-31 denied 28 November 1978.

GRIFFITH v. GRIFFITH

No. 90 PC.

Case below: 38 N.C. App. 25.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 November 1978.

MARTIN v. AMUSEMENTS OF AMERICA, INC.

No. 107 PC.

Case below: 38 N.C. App. 130.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 November 1978.

SPENCER v. SPENCER

No. 51 PC.

Case below: 37 N.C. App. 481.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 November 1978. Appeal dismissed ex mero motu for lack of substantial constitutional question 28 November 1978.

STATE v. BROWN

No. 121 PC.

Case below: 33 N.C. App. 84.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 28 November 1978.